*JS-6 Entered*

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 3 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENJAMIN RECORDS, ) | Case No. EDCV 13-1911-FMO (RNB) |
| Petitioner, ) | |
| vs. ) | **J U D G M E N T** |
| CLAUDIA JUAREZ, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____1/29/14_____

_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1